

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00354-CV

———————————————

IN RE TREATMENT EQUIPMENT COMPANY, JANIS V. SMITH AND BRUCE S. SMITH, Relators

———

Original Proceeding
Trial Court No. PR-2014-00697-01

———

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, we lift our stay of the trial court's September 19, 2019 "Order Granting Plaintiff's Second Motion to Compel, to Extend Fact Discovery Deadline and to Continue Trial Setting," and we deny relators' petition for writ of mandamus.

Per Curiam

Delivered: November 7, 2019

2